# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 26, 2019

## NO. 03-19-00240-CV

**N. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART--
OPINION BY JUSTICE BAKER**

This is an appeal from the order of termination signed by the district court on March 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment in part, reverses the portions of the court's judgment terminating N.M.'s parental rights and appointing the Department as permanent managing conservator for A.M. and M.M., and remands for further proceedings consistent with this opinion. The Court otherwise affirms the judgment of the district court. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.